

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00381-CV

_____

IN THE INTEREST OF H.C., A CHILD

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-378157-04

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Appellant Mother attempts to appeal the trial court's November 8, 2018 order granting her request for a new trial. By letter dated December 5, 2018, we informed Mother of our concern that we may not have jurisdiction over this appeal because the November 8 order does not appear to be a final judgment or an appealable interlocutory order. *See Fruehauf Corp. v. Carrillo*, 848 S.W.2d 83, 84 (Tex. 1993) ("An order granting a new trial is an unappealable, interlocutory order."). We requested that Mother or any other party desiring to continue the appeal file a response by Monday, December 17, 2018, showing grounds for continuing the appeal and cautioned that a failure to do so could result in a dismissal of the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

Mother has filed a response, but it does not provide grounds for continuing this appeal. We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered: January 17, 2019